# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          Magistrate Case No. 14-9306

v.

                                                               **ORDER**

Orest Lopadchak

    The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    IT IS on this 20th day of November, 2014

    ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

                                                    HONORABLE ANTHONY R. MAUTONE
                                                    UNITED STATES MAGISTRATE JUDGE

FA