PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## AMENDED Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Orest Lopadchak       **Docket Number:** 14-09306M-001
     **PACTS Number:** 954931

**Name of Sentencing Judicial Officer:**   THE HONORABLE ANTHONY R. MAUTONE
     UNITED STATES MAGISTRATE JUDGE

**Date of Original Sentence:** 05/28/2015

**Original Offense:** Possession of CDS

**Original Sentence:** 24 Months Probation

**Special Conditions:** Alcohol/Drug Testing and Treatment, Mental Health Treatment

**Type of Supervision:** Probation      **Date Supervision Commenced:** 05/28/2015

**Assistant U.S. Attorney:** Leticia Vandehaar, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Candace Hom, Federal Defenders Office, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

☐ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'** |

    On May 13, 2017, the offender was arrested by Morris County Park Police and charged with the following offenses: Eluding Law Enforcement (in violation of NJ Statute 2C:29-2B), Possession of CDS (in violation of NJ Statute 2C: 35-10A), Resisting Arrest (in violation of NJ Statute 2C:29-2), Assault (in violation of NJ Statute 2C:12-1) and Use of Drug Paraphernalia (in violation of NJ Statute 2C:36-2).

    According to the arrest report obtained from the arresting agency, upon being questioned by law enforcement due to suspicious activity, the offender fled the scene in his vehicle, subsequently leading officers on a high speed chase through several towns in Morris County. After his vehicle became disabled, the offender exited and continued to resist arrest by running from officers. He was

subsequently apprehended after a foot pursuit. In the course of the offender resisting arrest, law enforcement officers sustained injuries.

On September 15, 2017, the offender pled guilty in Superior Court of New Jersey (Morris County) to Resisting Arrest/Eluding Motor Vehicle- Risk of Death/Injury to Any Person, Second Degree, as well as Resisting Arrest/Eluding-Flight Prevents Arrest-Risk of Injury, Fourth Degree. He was sentenced to five years Drug Court Special Probation.

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan Karlak
Senior U.S. Probation Officer
Date: 11/03/2017

---

THE COURT ORDERS:

- ☐ The Issuance of a Warrant
- ☐ The Issuance of a Summons. Date of Hearing: _____.
- ☐ No Action
- ☒ Other: Docket updated Amended Petition for Warrant or Summons for Offender Under Supervision.

_____
Signature of Judicial Officer

11/6/17
_____
Date